1

2

3 **⸜⸜⸜⸜⸜⸜⸜⸜⸜⸜⸜⸜⸜**

4

5

6

7

8

9                 IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 KENNETH ADRIAN FULLER,               )        No. C 12-5044 RMW (PR)
                                        )
13              Plaintiff,              )        ORDER OF DISMISSAL
                                        )
    v.                                  )
14                                      )
   JEFF BIGLEY,                         )
15                                      )
                Defendant.              )
16 _____  )

17       On September 27, 2012, plaintiff, proceeding *pro se*, filed a civil rights complaint

18 pursuant to 42 U.S. C. § 1983.  On March 27, 2013 the Court issued an order of dismissal with

19 leave to amend.  (Docket No. 6.)  Plaintiff was directed to file an amended complaint within

20 thirty days of the filing date of the order.  Plaintiff has failed to comply with the due date, thus,

21 the instant action is **DISMISSED** without prejudice.  The clerk shall enter judgment and close

22 the file.

23       IT IS SO ORDERED.

24 DATED: _____                 _Ronald M. Whyte_
                                            RONALD M. WHYTE
25                                          United States District Judge

26

27

28

Order of Dismissal
G:\PRO-SE\RMW\CR.12\Fuller044dism.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


KENNETH ADRIAN FULLER,

               Plaintiff,

  v.

JEFF BIGLEY et al,

               Defendant.

_____/

Case Number: CV12-05044 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 26, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Kenneth Adrian Fuller 98266
45 Pearce Street
Petaluma, CA 95490

Dated: July 26, 2013

               Richard W. Wieking, Clerk
               By: Jackie Lynn Garcia, Deputy Clerk