1
2
3 **E-FILED on 7/26/13**
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| KENNETH ADRIAN FULLER, | ) | No. C 12-5044 RMW (PR) |
|---|---|---|
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| JEFF BIGLEY, | ) | |
| Defendant. | ) | |

The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: **7/26/13**

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\RMW\CR.12\Fuller044jud2.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ADRIAN FULLER,<br><br>                Plaintiff,<br><br>    v.<br><br>JEFF BIGLEY et al,<br><br>                Defendant._____/ | Case Number: CV12-05044 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 26, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Adrian Fuller 98266
45 Pearce Street
Petaluma, CA 95490

Dated: July 26, 2013

                                                    Richard W. Wieking, Clerk
                                                    By: Jackie Lynn Garcia, Deputy Clerk